Submitted on record and briefs March 27, affirmed April 17, 1978

ALBANŸ TIMBER CARNIVAL ASSOCIATION,
INC., *Petitioner,*
*v.*
EMPLOYMENT DIVISION, *Respondent.*
(No. 77-T-41, CA 9226)

577 P2d 84

James G. Nelson, and Goode, Goode, Decker & Beckham, P.C., Albany, filed the brief for petitioner.

James A. Redden, Attorney General, Al J. Laue, Solicitor General, and Jan P. Londahl, Assistant Attorney General, Salem, filed the brief for respondent.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

Affirmed. *Emp. Div. v. Albany Timber Carnival,* 33 Or App 515, 577 P2d 84 (1978).